1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL GERARD CONGDON,
11          Plaintiff,                    No. Civ. S-08-1065 FCD EFB P
12      vs.
13  LENKE, et al.,
14          Defendants.                   ORDER
15  _____/
16      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
17  U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28
18  U.S.C. § 1915.  However, the application is lacking the certificate portion, which must be
19  completed by plaintiff's institution of incarceration.  Also, plaintiff has not filed a certified copy
20  of his prison trust account statement for the six month period immediately preceding the filing of
21  the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit
22  a completed *in forma pauperis* application and a certified copy in support of his application.
23  /////
24  /////
25  /////
26

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed *In Forma Pauperis* By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: July 9, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE