**09-CV-00031-CERT**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Puckett v. Felker | Case No. 2:06-cv-01200-RSL | |
| Jackson v. Felker | Case No. 2:07-cv-00555-RSL | |
| Johnson v. Kane | Case No. 2:07-cv-00712-RSL | |
| Gonzales v. Kirkland | Case No. 2:07-cv-00882-RSL | ORDER OF REASSIGNMENT |
| Rogers v. Horel | Case No. 2:07-cv-01297-RSL | |
| Rich v. Rodriguez | Case No. 2:08-cv-00951-RSL | |
| Congdon v. Lenke | Case No. 2:08-cv-01065-RSL | |
| Townsend v. CSP Solano | Case No. 2:08-cv-01177-RSL | |

Pursuant to the Order of Designation of United States District Judge to Serve in Another District Within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

Each of the cases listed in the caption above is reassigned to the Honorable Robert J. Bryan for all further proceedings.

ORDER OF REASSIGNMENT -1

1    The new case number for each action, as listed below, must be used on all future

2  documents filed with this court:

3

4

5  Puckett v. Felker                Case No. 2:06-cv-01200-RJB

6  Jackson v. Felker               Case No. 2:07-cv-00555-RJB

7  Johnson v. Kane               Case No. 2:07-cv-00712-RJB

8  Gonzales v. Kirkland          Case No. 2:07-cv-00882-RJB

9  Rogers v. Horel               Case No. 2:07-cv-01297-RJB

10  Rich v. Rodriguez             Case No. 2:08-cv-00951-RJB

11  Congdon v. Lenke            Case No. 2:08-cv-01065-RJB

12  Townsend v. CSP Solano     Case No. 2:08-cv-01177-RJB

13

14

15    All dates currently set in each of these actions shall remain pending, subject to further

16  order of the court.

17

18

19    Dated this 21st of January 2009.

20

21                                _Mat S Caznik_

22                                Robert S. Lasnik

23                                Chief United States District Judge

24

25

26

27

28  ORDER OF REASSIGNMENT -2