UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL GERARD CONGDON,

    Plaintiff,

    v.

OFFICER LENKE, OFFICER T. OLIVER,

    Defendants.

Case No. CIV 08-1065RJB

ORDER NOTING MOTION

    This matter comes before the court on review of the file. The court has reviewed the relevant documents and the remainder of the file herein.

    On October 5, 2009, defendants filed Defendants' Notice of Motion and Motion to Dismiss Complaint for Willful Failure to Respond to Discovery, or, Alternatively, to Compel Responses to Special Interrogatories, Requests for Production of Documents, Request for Admissions and for Sanctions. Dkt. 21. Plaintiff may file a response to defendants' motion not later than October 30, 2009. Defendants may file a reply not later than November 6, 2009. The motion shall be ready for consideration by the court on November 9, 2009.

    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

    DATED this 7th day of October, 2009.

_____
Robert J. Bryan
United States District Judge

ORDER
Page - 1