UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL GERARD CONGDON,

    Plaintiff,

v.

OFFICER LENKE, OFFICER T. OLIVER,

    Defendants.

Case No. CIV 08-1065RJB

ORDER ON DEFENDANTS' MOTION TO DISMISS OR TO COMPEL RESPONSES AND ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

    This matter comes before the court on Defendants' Motion to Dismiss Complaint for Willful Failure to Respond to Discovery, or, Alternatively, to Compel Responses to Special Interrogatories, Requests for Production of Documents, Request for Admissions and for Sanctions (Dkt. 21) and on plaintiff's Motion for Extension of Time for Response to Respondents Request for: Response to Special Interrogatories, and Requests Thereof (Dkt. 26).  The court has reviewed the relevant documents and the remainder of the file herein.

    On October 5, 2009, defendants filed Defendants' Notice of Motion and Motion to Dismiss Complaint for Willful Failure to Respond to Discovery, or, Alternatively, to Compel Responses to Special Interrogatories, Requests for Production of Documents, Request for Admissions and for Sanctions.  Dkt. 21.  Defendants request that the court dismiss this case because plaintiff failed to respond to Defendant's Request for Production of Document[s] to Plaintiff Michael Gerard Congdon (Set One)[Dkt. 22-2, at 1-7],

ORDER
Page - 1

Defendant's Special Interrogatories to Plaintiff Michael Gerard Congdon (Set One)[Dkt. 22-2, at 9-21], and Defendant's Request for Admissions to Plaintiff Michael Gerard Congdon (Set One)[Dkt. 22-2, at 23-27]. In the alternative, defendants request that the court compel plaintiff to respond to Defendant's Request for Production of Document[s] to Plaintiff Michael Gerard Congdon (Set One)[Dkt. 22-2, at 1-7], and to Defendant's Special Interrogatories to Plaintiff Michael Gerard Congdon (Set One)[Dkt. 22-2, at 9-21]; that the court deem that any objections plaintiff may have had are waived for failure to timely respond; and that the court award sanctions for having to bring this motion. Dkt. 21. Defendants are not requesting that plaintiff respond to Defendant's Request for Admissions to Plaintiff Michael Gerard Congdon (Set One)[Dkt. 22-2, at 23-27]; defendants maintain that failure to timely respond results in automatic admission of the matters requested. Dkt. 21, at 2.

On October 26, 2009, plaintiff filed a Motion for Extension of Time for Response to Respondents' Request For: Response to Special Interrogatories, and Requests Thereof. Dkt. 26. Plaintiff requests a sixty-five day extension of time, until December 21, 2009, to respond to defendants' discovery requests.

Plaintiff has had more than enough time to respond to defendants' request for production and request for admissions, and to respond to defendants' interrogatories. A sixty-five day extension of time is not warranted, particularly since discovery should be completed with enough time for the parties to file dispositive motions, if they so choose, by January 5, 2010, the date set in the court's May 6, 2009 scheduling order (Dkt. 20). However, in the interest of fairness, the court should grant plaintiff a shorter extension of time, until November 30, 2009, to file response to defendants' discovery requests. Accordingly, defendants' motion to dismiss (Dkt. 21) should be denied without prejudice.

Plaintiff has requested an extension of time to respond to defendants' discovery requests; and that request (Dkt. 26) should be granted. Defendants' motion in the alternative to compel plaintiff to respond to the request for production and to the interrogatories propounded to him (Dkt. 21) should be denied without prejudice. The court notes that defendants did not request in their motion that the court require plaintiff to respond to their request for admissions, asserting that plaintiff's failure to timely respond results in automatic admission of the matters requested. However, plaintiff should be permitted to respond to the request for admissions, along with responses to the interrogatories and request for production.

1     Defendants' request for sanctions should be denied at this point.  However, if plaintiff fails to
2 properly and completely respond to the discovery requests referred to above, by November 30, 2009, the
3 court will consider a request by defendants to impose sanctions, which may include monetary sanctions or
4 dismissal of this case, or both.

5     The court is mindful that time for defendants' reply to their motion, if any, is set for November 6,
6 2009, but the court has determined to proceed with this order to keep the matter moving toward prompt
7 resolution.

8     Therefore, it is hereby

9     **ORDERED** that Defendants' Motion to Dismiss Complaint for Willful Failure to Respond to
10 Discovery, or, Alternatively, to Compel Responses to Special Interrogatories, Requests for Production of
11 Documents, Request for Admissions and for Sanctions (Dkt. 21) is **DENIED** without prejudice.
12 Plaintiff's Motion for Extension of Time for Response to Respondents Request for: Response to Special
13 Interrogatories, and Requests Thereof (Dkt. 26) is **GRANTED**. Plaintiff is **ORDERED** to provide
14 complete responses to Defendant's Request for Production of Document[s] to Plaintiff Michael Gerard
15 Congdon (Set One)[Dkt. 22-2, at 1-7], to Defendant's Special Interrogatories to Plaintiff Michael Gerard
16 Congdon (Set One)[Dkt. 22-2, at 9-21]; and to Defendant's Request for Admissions to Plaintiff Michael
17 Gerard Congdon (Set One)[Dkt. 22-2, at 23-27] by November 30, 2009.  Plaintiff is informed that, if he
18 fails to properly and completely respond to the discovery requests referred to above, by November 30,
19 2009, the court will consider a request by defendants to impose sanctions, which may include monetary
20 sanctions or dismissal of this case, or both.

21     The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
22 party appearing *pro se* at said party's last known address.

23     DATED this 28th day of October, 2009.

24
25
26                                Robert J. Bryan
                               United States District Judge
27
28